IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROOSEVELT THOMAS,**

    **Plaintiff,**

**vs.**                                          **CASE NO. 5:10-cv-142/RS-GRJ**

**HI-IMPACT DESIGNS, et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 22). Plaintiff has not filed objections.

    **IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed with prejudice for failure to state a claim for relief and for lack of subject matter jurisdiction.

**ORDERED** on July 15, 2011

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**